1  Rooh Singh (SBN:298374)
   553 N Pacific Coast Hwy Suite B 306
2  Redondo Beach, CA 90277
   Telephone (310) 953-2097
3  roohlaw@gmail.com

4  Attorney for Plaintiff
   MARIE E. BOCK

5

6                    UNITED STATES DISTRICT COURT

7                    CENTRAL DISTRICT OF CALIFORNIA

8

9
   MARIE E. BOCK,                        Case No. 8:18-cv-00819-CJC
10
            Plaintiff,                   [Assigned to: The Hon.
11                                       Judge Cormac J. Carney, 7C]
          vs.
12
   ALBERTSONS COMPANIES, INC'            ORDER GRANTING DISMISSAL
13 AND THE IRVINE COMPANY, and           PURSUANT TO FEDERAL
   Does 1 through 50,                    RULE OF CIVIL PROCEDURE
14                                       41(a)(1)
            Defendants.
15

16

17 The Court, having reviewed the foregoing Stipulation and finding good

18 cause therefor,

19

20      IT IS HEREBY ORDERED:

21      1. That the Stipulation is APPROVED.

22
        2. The above-referenced action is dismissed with prejudice as to all
23
   Defendants.
24

25      3. This dismissal is expressly conditioned on the terms and conditions of
26
   the parties' confidential settlement agreement
27

28

                                   -1-
                         ORDER GRANTING DISMISSAL

1          4. The Plaintiff, and the Defendants are to bear their own costs and fees in this

2    action.

3

4    DATED: May 9, 2019

5

6                           By:    _____

7                               Honorable Judge Cormac J. Carney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING DISMISSAL